THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JIMMIE STRONG II and
SHANNON COLE,

                Defendants,

NO.  CR 06 5308FDB

STIPULATED MOTION AND
ORDER FOR CONTINUANCE OF
TRIAL DATE

      The Defendants herein, Jimmie Strong II and Shannon Cole, by and through their attorneys, Charles A. Johnston and John Crowley, hereby moves that the pre-trial conference presently scheduled for August 25, 2006, and the trial presently scheduled for August 28, 2006, be vacated, and that the pre-trial and trial be rescheduled for a date sometime in November 2006.

      The above request for continuance is being made as the Government's investigation in this matter is ongoing.  A new suspect is being investigated and the Government may be close to indicting this individual.  The ongoing investigation is creating new

**STIPULATED MOTION AND ORDER - 1**

1  discovery.  That more time is necessary for a full and complete investigation into this matter and
2  for the defense to have time to review and analyze the developing discovery.  The Defendants
3  ask for a new pre-trial and trial date in mid November.  The Defendants have waived their right
4  to a speedy trial.
5       The Defendants believe that the ends of justice would be served by a continuance of the
6  trial in this matter.
7       DATED this _____ day of August, 2006.

8
         By:    _____
9                CHARLES A. JOHNSTON
                 Attorney for Defendant Cole
10               WSBA No.  9058

11               *Telephonically Approved:*
                 *August 17, 2006*
12       By:    _____
                 JOHN CROWLEY
13               Attorney for Defendant Strong
                 WSBA No.  19868

14

15               *Telephonically Approved:*
                 *August 17, 2006*
16       By:    _____
                 DOUGLAS J. HILL
17               Special Assistant United States Attorney

18

                              ORDER
19
         Before this Court is a stipulated motion for continuance of the pre-trial conference
20
   presently scheduled  for August 25, 2006,  and trial date presently scheduled for August 28,
21
   2006.  After a consideration of all relevant information and the circumstances of this case, the
22
   Court makes the following findings of fact and conclusions of law:
23
         1.  The ends of justice served by granting this continuance outweigh the best interests
24
   of the public and the Defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
25

**STIPULATED MOTION AND ORDER - 2**

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(I).

3.  The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pre-trial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.   18 U.S.C. § 3161(h)(8)(B)(ii).

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendants the reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from August 28, 2006, to November 6, 2006.  The resulting period of delay from August 28, 2006, up to and including the new trial date of November 6, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial conference shall be on October 27, 2006.

IT IS SO ORDERED this 24th day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION AND ORDER - 3**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

1

2  Presented By:

3  _____

4  CHARLES A. JOHNSTON
   Attorney for Defendant Cole
5  WSBA No.  9058

6  *Telephonically Approved:*
   *August 17, 2006*

7  _____

8  JOHN CROWLEY
   Attorney for Defendant Strong
9  WSBA No.  19868

10

11 *Telephonically Approved:*
   *August 17, 2006*

12 _____

   DOUGLAS J. HILL
13 Special Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATED MOTION AND ORDER - 4**

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090