THE HONORABLE FRANKLIN BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR06-5308FDB |
| Plaintiff, | |
| v. | ORDER SETTING NEW PRETRIAL MOTIONS DATE AND NEW TRIAL DATE |
| JIMMIE STRONG, SHANNON COLE, | |
| Defendants. | |

STIPULATED ORDER CONTINUING TRIAL AND SETTING
PRETRIAL MOTIONS DATE

THIS MATTER having come before the Court upon the stipulated motion of the parties for a continuance of the pre-trial motions due date and a new trial date, and the government having no objection, the Court having considered the same and being of the opinion that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests

STIPULATED MOTION, DECLARATION AND
ORDER CONTINUING TRIAL DATE AND
SETTING NEW PRETRIAL MOTIONS DATE - 1

LAW OFFICES OF
John R. Crowley, ESQ.
Two Union Square
601 Union Street, Suite 4610
Seattle, Washington  98101-3903
Tel (206) 625-7500 ♦ Fax (206) 748-7821

1  of the public and the defendants in a more speedy trial within the meaning of 18 U.S.C.

2  3161(h)(8)(B)(ii)

3      IT IS THEREFORE ORDERED that the pre-trial motions date is continued to

4  November 29, 2006, and the trial is continued to January 16, 2007, and the time between the

5  current trial date of November 6, 2006, up to and including the new trial date of January 16,

6  2007 is excludable under Title 18, USC 3161.

7      ORDERED THIS 25th day of October, 2006.

8          /s/ Franklin D Burgess
    The Honorable Franklin Burgess

9      United States District Court

Presented by:

10

   /s/
11  John R. Crowley
Attorney for Defendant Jimmie Strong

12  Approved for Entry, Notice of
Presentation Waived:

13

   /s/
14  Charles Johnston
Attorney for Defendant Shannon Cole

15

   /s/
16  Doug Hill
Assistant United States Attorney

17

18

19

20

21

22

23

STIPULATED MOTION, DECLARATION AND
ORDER CONTINUING TRIAL DATE AND
SETTING NEW PRETRIAL MOTIONS DATE - 2

LAW OFFICES OF
John R. Crowley, ESQ.
Two Union Square
601 Union Street, Suite 4610
Seattle, Washington 98101-3903
Tel (206) 625-7500 ♦ Fax (206) 748-7821